UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA VILLAVICENCIO,

    Plaintiff,

v.

ZEOTIS, et al.,

    Defendants.
_____/

Case No. 1:25-cv-637

Hon. Hala Y. Jarbou

## ORDER

This is an action by Plaintiff Diana Villavicencio, proceeding pro se, against her former employer, Zeotis, and individual Defendants Jessie Binkley, Christopher Ricki, and Karen Brown. Defendants moved to dismiss the complaint on July 9, 2025 (ECF No. 7). Plaintiff failed to timely respond, and the magistrate judge issued a report and recommendation on August 19, 2025, recommending that the Court dismiss the case (ECF No. 10). Two days later, Plaintiff moved for an extension of time to file her response to the motion to dismiss, as well as for leave to amend her complaint (ECF No. 11). The Court found good cause to grant the extension and directed Plaintiff to file her response to the motion to dismiss and her proposed amended complaint by September 12, 2025 (ECF No. 12). Plaintiff has now filed her motion for leave to amend her complaint and her proposed amended complaint (ECF No. 13).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to file an amended complaint (ECF No. 13) is **GRANTED**. The Clerk of Court is directed to accept Plaintiff's amended complaint (ECF No. 13-1) for filing.

2

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 7) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 10) is **REJECTED as moot**.

Dated: September 12, 2025         /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE