UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DIANA VILLAVICENCIO,

     Plaintiff,

v.                                                                          Hon. Hala Y. Jarbou

ZOETIS, LLC and ZOETIS, INC.,                                Case No. 1:25-cv-00637

     Defendants.

**REPORT AND RECOMMENDATION**

On January 30, 2026, Honorable Hala Jarbou approved and adopted the Report and Recommendation of the undersigned and ordered that "Plaintiff may file a second amended complaint naming Zoetis US LLC as the sole defendant." (ECF No. 24 at PageID.238). Plaintiff has failed to file a second amended complaint.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR 41.1 for want of prosecution. Although the January 30, 2026 Order did not specify a deadline for filing a second amended complaint, almost six weeks have passed with no action by Plaintiff. Timely objections to this Report and Recommendation shall be considered plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: March 10, 2026                          /s/ Sally J. Berens
                                     SALLY J. BERENS
                                     U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).