UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA VILLAVICENCIO,

      Plaintiff,

                                    Case No. 1:25-cv-637

v.

                                    Hon. Hala Y. Jarbou

ZOETIS US, LLC, et al.,

      Defendants.

_____/

## ORDER

On March 10, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation (R&R) that the Court dismiss this case for lack of prosecution because Plaintiff had failed to amend her complaint to comply with a prior order.  In response, on March 20, Plaintiff filed an amended complaint (ECF No. 26).  Accordingly,

      **IT IS ORDERED** that the R&R (ECF No. 25) is **REJECTED AS MOOT**.

Dated: March 24, 2026               /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE